IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

    Plaintiff,                     No. CIV S-06-0097 JKS DAD

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.              FINDINGS & RECOMMENDATIONS

    By order filed March 21, 2008, plaintiff's complaint was dismissed and plaintiff was granted until April 28, 2008, to file an amended complaint along with the appropriate filing fee or a new application to proceed in forma pauperis. The time period has now expired, and plaintiff has not filed an amended complaint, has not paid the appropriate filing fee, has not filed a new application to proceed in forma pauperis, and has not otherwise responded to the court's order.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 8, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
jayn0097.fta.fifp