IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON JAYNE,<br><br>  Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>  Defendants. | No. 2:06-cv-00097-JKS-DAD<br><br>ORDER |

      Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On May 9, 2008, the Magistrate Judge filed Findings and Recommendations, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.  Although no objections were filed to the Findings and Recommendations, on May 20, 2008, Jayne filed an Amended Complaint (Docket No. 14), a Declaration requesting that the Court permit a late filing (Docket No. 15), and an Application to Proceed In Forma Pauperis (Docket No. 16).  The Court treats the Declaration as a motion for leave to file the Amended Complaint and the Application to Proceed Without Prepayment of Fees.  Jayne having shown reasonable grounds for the delay and there being no apparent prejudice to the defendants, the Court will grant Jayne's request.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, with particular attention to those portions relevant or pertinent to the objections raised, the Court finds that, due to intervening events, the Findings and Recommendations are moot and should not be adopted.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations filed May 9, 2008, are REJECTED;

2. Plaintiff's request for Leave to file the Amended Complaint and Application to Proceed Without Payment of Fees (Docket Nos. 14 and 16, respectively) filed at Docket No. 15, is GRANTED; and

3. The matter is referred back to the Magistrate Judge for further proceedings.

Dated: August 22, 2008.

                                              s/ James K. Singleton, Jr.
                                              JAMES K. SINGLETON, JR.
                                              United States District Judge